**PHONOMETRICS, INC.,**
Plaintiff–Appellant,

v.

**ITT SHERATON CORP.,**
Defendant–Appellee.

No. 04–1106.

United States Court of Appeals,
Federal Circuit.

July 23, 2004.

John P. Sutton, Principal Attorney, Attorney at Law, San Francisco, CA, for Plaintiff–Appellant.

Nicholas L. Coch, Principal Attorney, Kramer, Levin, New York, NY, for Defendant–Appellee.

Before RADER, GAJARSA, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.